**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7436**

BOBBY E. HAZEL,

       Petitioner - Appellant,

    v.

JAMES N. CROSS, Warden,

       Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (1:09-cv-00004-IMK)

Submitted: October 15, 2009     Decided: October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby E. Hazel, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby Hazel, a federal inmate, appeals the district court's orders and judgment adopting the magistrate judge's recommendations and dismissing his 28 U.S.C. § 2241 (2006) habeas corpus petition and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and affirm for the reasons cited by the district court. See Hazel v. Cross, No. 1:09-cv-00004-IMK (N.D.W. Va. July 2, 2009; July 20, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED